IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00041-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VALERIE GIORELLA,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a status conference is set for **Wednesday September 9, 2009 at 3:00 p.m**. in Courtroom A701 before Judge Philip A. Brimmer**.**

    Dated September 4, 2009.