IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00041-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VALERIE GIORELLA,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on the letter dated October 28, 2009 from W. Elaine Chapman, the Warden of the Federal Medical Center, Carswell.  A copy of the letter is attached to this Order.  Warden Chapman requests until February 26, 2010 to provide the Court with a written report pursuant to the Court's September 10, 2009 Order.  On or before November 6, 2009, it is ORDERED that the parties shall indicate whether they oppose this request.

    DATED November 3, 2009.

                                                      BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Carswell*

P. O. Box 27066
"J" Street - Building 3000
Fort Worth, Texas 76127

October 28, 2009

The Honorable Philip A. Brimmer
United States District Judge
District of Colorado
Alfred A. Arraj United States Courthouse – A641
901 19th Street
Denver, Colorado 80294

RE:   Giorella, Valerie
      Reg. No. 36115-013
      Criminal Action No. 09-cr-00041-PAB

Dear Judge Brimmer:

In accordance with your Order of September 10, 2009, and pursuant to the provisions of Title 18, United States Code, Section 4241(d), Ms. Giorella arrived at the Federal Medical Center, Carswell to begin her treatment and evaluation for Restoration of Competency. Your Order stipulates that copies of the Forensic Evaluation be filed with the Court on or before January 11, 2010, however, since Ms. Giorella did not arrive at our facility until October 16, 2009, we respectfully request the full four months in order to do a more thorough evaluation. If the Court grants this request, we will have our evaluation completed by February 12, 2010, with a written report to follow within two weeks of that date.

If the Court grants this extension, please fax a written confirmation to (817) 782-4294. We appreciate the Court's consideration in this matter.

Sincerely,

W. Elaine Chapman
Warden