IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00041-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VALERIE GIORELLA,

    Defendant.

---

**ORDER RE BUREAU OF PRISONS' REQUEST FOR ADDITIONAL TIME**

---

This matter comes before the Court on the February 25, 2010 letter from W. Elaine Chapman, the warden of the Federal Medical Center, Carswell ("FMC Carswell") (attached), for an extension of time to complete the Bureau of Prisons' evaluation of the defendant pursuant to the Court's September 10, 2009 Order [Docket No. 30]. Warden Chapman seeks an additional 120 days to restore the defendant to competency.

The Court's September 10, 2009 Order committed Ms. Giorella to the custody of the Attorney General for restoration of competency pursuant to 18 U.S.C. §§ 4241(d)(1), 4242(a) and 4247(b). The Court granted a previous request from Warden Chapman dated October 28, 2009 for additional time to attempt to restore Ms. Giorella to competency, allowing the director of FMC Carswell to February 26, 2010 to file a report concerning the defendant. The request currently before the Court was made on February 25, 2010. On March 2, 2010, Ms. Giorella, through her attorney, asked for additional time to respond to the warden's February 25, 2010 request so that

counsel could consult with Ms. Giorella [Docket No. 44], which the Court granted [Docket No. 45]. On March 11, 2010, Ms. Giorella filed a response indicating that Ms. Giorella does not object to the to the warden's request for an additional 120 days to attempt to restore her to competency [Docket No. 46].

The warden's February 25, 2010 letter attaches a Forensic Evaluation dated February 9, 2010 from Dr. Leslie Powers, a forensic psychologist at FMC Carswell. The Forensic Evaluation notes that the medical staff has made some progress in restoring Ms. Giorella to competency after administering certain antipsychotic medication to her beginning on January 26, 2010. Although Dr. Powers says that Ms. Giorella's prognosis is "guarded," she requests that the Court allow FMC Carswell an additional 120 days pursuant to 18 U.S.C. § 4241(d) for continued treatment and expects with such treatment that Ms. Giorella will be restored to competency. The Court finds this request is reasonable, especially given that the antipsychotic medication has only recently been given to her. Therefore, the warden's request is granted and it is

ORDERED that the Court's Order of September 10, 2009 is modified to allow the director of the facility where the defendant's examination and treatment is conducted to file copies of the report with the Court on or before June 26, 2010.

DATED March 17, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Carswell*

P. O. Box 27066
"J" Street - Building 3000
Fort Worth, Texas 76127

February 25, 2010

The Honorable Philip A. Brimmer
United States District Judge
District of Colorado
Alfred A. Arraj United States Courthouse – A641
901 19th Street
Denver, Colorado 80294

RE:   Giorella, Valerie
        Reg. No. 36115-013
        Criminal Action No. 09-cr-00041-PAB

Dear Judge Brimmer:

In accordance with your Order of September 10, 2009, and pursuant to the provisions of Title 18, United States Code, Section 4241(d), Ms. Giorella was evaluated at the Federal Medical Center, Carswell. In the opinion of our clinical staff, Ms. Giorella is presently suffering from a mental disease or defect which renders her unable to assist properly in her defense. We respectfully request the Court allow an additional 120 days pursuant to Title 18, United States Code, Section 4241(d) for continued psychiatric treatment for Ms. Giorella. We expect that with such treatment, she will be restored to competence in the near future. Enclosed is the report prepared by our staff reflecting these opinions, with two additional copies to be distributed to the attorneys in this case.

If we may be of further assistance to the Court in this matter, please contact us.

Sincerely,

W. Elaine Chapman
Warden

Enclosure: Forensic Evaluation