IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00041-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VALERIE GIORELLA,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a competency hearing is set for **Tuesday, June 29, 2010 at 3:00 p.m.** in Courtroom A701 before Judge Philip A. Brimmer**.**

    DATED June 28, 2010.