**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathleen Finney          Date: December 17, 2010
Court Reporter: Janet Coppock              Time: 50 minutes
Probation Officer: Caryl Ricca

---

**CASE NO.  09-cr-00041-PAB**

<u>Parties</u>                                <u>Counsel</u>

**UNITED STATES OF AMERICA,**              Mark Barrett

              Plaintiff,
vs.

**VALERIE GIORELLA,**                      Paula Ray

              Defendant.

---

**SENTENCING**

---

**2:32 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

The Court addresses Government's Motion for Downward Departure for Substantial Assistance  [Doc. No. 75, filed 12/16/2010].  Argument by Mr. Barrett.

The Court addresses Defendant's Motion for Variance [Doc. No. 69, filed 11/29/2010].  Argument by Ms. Ray.  Argument by Mr. Barrett.

Statement to the Court by the defendant.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered her plea on **August 12, 2010** to the **Indictment**.

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **64 months.**

**ORDERED:**  Court recommends defendant be designated to a Federal Medical Center.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:  Special Condition** of Supervised Release that:
- **(X)** Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- **(X)** Defendant shall remain compliant and shall take all medications that are prescribed by her treating psychiatrist.  Defendant shall cooperate in random bloodtests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Costs of imprisonment and supervised release are WAIVED.

**ORDERED:**  Government's Motion for Downward Departure [Doc. 75] is **GRANTED.**

**ORDERED:**  Defendant's Motion for Variance [Doc. 69] is **DENIED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  Defendant's objections to Court's findings are noted for the record.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**3:22 p.m.**     **COURT IN RECESS**

**Total in court time:**     **50 minutes**

**Hearing concluded**.